IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 12 PM 3:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | X | |
| Plaintiff, | X | |
| vs. | X | Cv. No. 02-02799 |
| STEVEN BRUCE SMITH, | X | Cr. No. 96-20176 |
| Defendant. | X | |

ORDER TO PREPARE TRANSCRIPT AT STATUTORY COST

Defendant Steven Bruce Smith, Bureau of Prisons registration number 15848-076, an inmate at the United States Penitentiary in Marion, Illinois, has filed a *pro se* motion pursuant to 28 U.S.C. § 2255 seeking to set aside his sentence for violating 18 U.S.C. § 111, 18 U.S.C. § 924, and four counts of violations under 18 U.S.C. § 922.

Smith entered a plea of guilty on November 21, 1997. He now asserts various infirmities in his conviction and sentence, including allegations that his guilty plea was rendered involuntary due to misrepresentations and coercion by his counsel. Because the transcript of Smith's plea colloquy is necessary for the Court to consider this claim, the Court directs, pursuant to 28 U.S.C. § 753(f), that the court reporter prepare a copy of that transcript and file it with the Clerk of Court.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-12-05

7

IT IS SO ORDERED this 12" day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:02-CV-02799 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

Steven Bruce Smith
USP-MARION
15848-076
PO Box 1000
Marion, IL 62959

Honorable J. Breen
US DISTRICT COURT