UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 18 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

STEVEN BRUCE SMITH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NO: 2:02-2799-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying Motion Under 28 U.S.C. § 2255 entered on October 7, 2005, this cause is hereby dismissed.

APPROVED:

_[signature]_
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

10/19/05
Date

**THOMAS M. GOULD**

Clerk of Court

_[signature]_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-19-05

(9)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:02-CV-02799 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Steven Bruce Smith
USP-MARION
15848-076
PO Box 1000
Marion, IL 62959

Honorable J. Breen
US DISTRICT COURT